IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FERNANDITO CARPIO,**

*Plaintiff*,

v.  Case No.: 4:22cv199-MW/MJF

**ANTONIO CARPIO, SR., et al.,**

*Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice for failure to prosecute this action, failure to pay the filing fee, and failure to comply with court orders." The Clerk shall close the file.

**SO ORDERED** on September 12, 2022.

s/Mark E. Walker
**Chief United States District Judge**